SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
RIGOBERTO LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN ALBERTO HERNANDEZ; 1509 SUNSET, LLC.; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:26-cv-00433-MAA**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff RIGOBERTO LOPEZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 12, 2026

**SO. CAL EQUAL ACCESS GROUP**


_/s/ Jason J. Kim_
JASON J. KIM
Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE